**Order filed January 9, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00990-CV
_____

**ANTHONY M. WOODS D/B/A THE PEOPLE'S AIR CONDITIONING & HEATING COMPANY, Appellant**

**V.**

**PYRAMID COMMUNITY DEVELOPMENT CORPORATION, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-60612**

---

## O R D E R

The notice of appeal in this case was filed November 5, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 24, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM